

875 Third Avenue
8th Floor
New York, NY  10022
T: 212-808-0700
F: 212-808-0844

*Direct Dial: (917) 369-8885*
*Email: abhatt@nmmlaw.com*

February 13, 2017

**Via ECF and First-Class Mail**
The Honorable Deborah A. Batts, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

      Re:    *Bzura v. Moss*, Civil Action No. 17-CV-00813 (DAB) (GWG)

Dear Judge Batts:

      We represent the Plaintiff, Bruce Bzura, in the above-matter and write with respect to the Complaint (DE 1) filed in this action.  It appears that when filing the initiating papers for this matter, page 2 of the Complaint was inadvertently omitted and not included in the electronically-filed version of this pleading.  Thus, the operative complaint in this matter is currently incomplete.  Undersigned counsel contacted the Case Openings division of the Southern District of New York concerning this issue, and was informed that a correct and complete copy of the Complaint may be filed under the designation, on ECF, of a "Verified Complaint." However, we understand that we must obtain the Court's permission to file a Verified Complaint.[1]

      Accordingly, we respectfully request the Court's permission to file complete and correct copy of the Complaint in this action under the designation of a Verified Complaint.

      We thank the Court for its consideration of this request.

Respectfully submitted,

NORRIS, McLAUGHLIN & MARCUS, P.A.

By: _____
Ami Bhatt

---

[1] Plaintiff clarifies that it is not intending to verify the Complaint, but merely file the full version of the Complaint currently on ECF, which would include the missing page 2.

1633261_1



Bridgewater, NJ • New York, NY • Allentown, PA
www.nmmlaw.com